UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 15-011 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| TOA DANH LY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:    Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances; Distribution of Methamphetamine (6 counts); Distribution of Heroin (2 counts)

<u>Date of Detention Hearing</u>:    January 20, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was arrested in this District following the issuance of a bench warrant in the District of Alaska pursuant to a Criminal Complaint charging the above-references offenses.

2. Defendant was born in Vietnam, coming to the United States as a young child. He is a legal permanent resident of the United States. The charged crimes are deportable offenses. Defendant's immediate family live in the United States, particularly in Seattle, although defendant does not have a permanent residence in this District.

3. Defendant's past criminal record includes absconding from supervision in the state of Wisconsin in 2009. The AUSA alleges that defendant deposited and withdrew large amounts of cash in a three month period during the time relevant to the instant investigation, and also cashed in large amounts of currency at casinos.

4. Defendant poses a risk of nonappearance due to instability of residence, lack of recent stable employment, unknown assets and the possibility of access to large amounts of case, self-disclosed gambling problems, and a lack of U.S. citizenship which would subject him to possible deportation if convicted. Defendant poses a risk of danger due to the nature of the charges and past criminal record.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of January, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3